1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Kermit Pereda-Rebollo

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ1155-01 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| KERMIT PEREDA-REBOLLO, | ) | |
| Defendant. | ) | |

17       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18
                         U.S. Attorney CR
19                   Efile.dkt.gc2@usdoj.gov

20                                     Respectfully submitted,

21

22 DATED:     April 18, 2008         /s/ Elizabeth M. Barros
                                    **ELIZABETH M. BARROS**
23                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Kermit Pereda-Rebollo
24

25

26

27

28