FILED

08 MAY -7 PM 4:15

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '08 CR 1456    LAB

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) ) ) | I N D I C T M E N T |
| v. | ) ) | Title 8, U.S.C., |
| KERMIT PEREDA-REBOLLO (1), DANIEL PRECIADO (2), | ) ) ) | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and |
| Defendants. | ) ) ) | Abetting |

The grand jury charges:

Count 1

On or about April 13, 2008, within the Southern District of California, defendants KERMIT PEREDA-REBOLLO and DANIEL PRECIADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rosendo Guillen-Villa, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

CEM:nlv:San Diego
5/7/08

Count 2

On or about April 13, 2008, within the Southern District of California, defendants KERMIT PEREDA-REBOLLO and DANIEL PRECIADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Enrique Lopez-Orozco, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about April 13, 2008, within the Southern District of California, defendants KERMIT PEREDA-REBOLLO and DANIEL PRECIADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Carlos Vera-Najera, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 7, 2008.

A TRUE BILL

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney