1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Kermit Pereda-Rebollo

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,         )   Case No. 08CR1456-LAB-01
                                      )
12            Plaintiff,              )
                                      )
13 v.                                 )   **CERTIFICATE OF SERVICE**
                                      )
14 KERMIT PEREDA-REBOLLO,             )
                                      )
15            Defendant.              )
   _____    )
16

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov;
19
                          Tamara D. DeHaan
20                     dehaanesq@cox.net; and

21                      Erika Maritza Nicolalde
         enicolalde@libertylawyers.com,echavez@libertylawyers.com
22

23                                       Respectfully submitted,

24

25 DATED:    May 27, 2008               /s/ Elizabeth M. Barros
                                        **ELIZABETH M. BARROS**
26                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Kermit Pereda-Rebollo
27

28