| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | RANDY K. JONES |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 141711 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-5684; (619) 557-7381 |
|   | randy.jones2@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1456-LAB |
|    | ) | |
| 11 | Plaintiff, ) | |
|    | ) | NOTICE OF APPEARANCE |
| 12 | v. ) | |
|    | ) | |
| 13 | KERMIT PEREDA-REBOLLO et al., ) | |
|    | ) | |
| 14 | Defendant. ) | |
|    | ) | |

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24        <u>Name</u> (If none, enter "None" below)

25             None

26   //

27   //

28   //

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):

5   <u>Name</u>   (If none, enter "None" below)

6       None

7   Please call me if you have any questions about this notice.

8   DATED: May 28, 2008

                                       Respectfully submitted,
9
                                       KAREN P. HEWITT
10                                     United States Attorney

11                                     s/Randy K. Jones
                                       _____
12                                     RANDY K. JONES
                                       Assistant United States Attorney
13                                     Attorneys for Plaintiff
                                       United States of America
14                                     Email: randy.jones2@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27
    Notice of Appearance
28  United States v. Pereda-Rebollo        2                    08CR1456-LAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1456-LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| KERMIT PEREDA-REBOLLO et al., | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1. Elizabeth Barros, elizabeth_barros@fd.org**

**2. Tamara DeHaan, dehaanesq@cox.net**

**3. Erika Nicolalde, enicolalde@libertylawyers.com**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2008          s/ Randy K. Jones
                                  RANDY K. JONES

Notice of Appearance
United States v. Pereda-Rebollo          3          08CR1456-LAB