**ELIZABETH M. BARROS**
California Bar No. 227629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
elizabeth_barros@fd.org

Attorneys for Mr. Kermit Pereda-Rebello

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE LARRY A. BURNS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR1456-LAB-01 |
| | ) | |
| Plaintiff, | ) | Date: June 16, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF DECLARATION IN SUPPORT OF |
| KERMIT PEREDA-REBOLLO, | ) | DEFENDANT'S MOTIONS |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

TO:       KAREN P. HEWITT, UNITED STATES ATTORNEY,
          RANDY K. JONES, ASSISTANT UNITED STATES ATTORNEY.

          Mr. Kermit Pereda-Rebollo hereby submits the following declaration in support of his motions filed May 27, 2008.

                                        Respectfully submitted,


                                        _/s/ Elizabeth M. Barros_____
Dated: June 6, 2008                     Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Pereda-Rebollo
                                        elizabeth_barros@fd.org