I, Kermit Pereda-Rebollo, declare:

1. On April 13, 2008, I was driving along Highway 8. I was driving safely and following the speed limit.

2. I noticed a border patrol truck behind me. Shortly after I noticed the first border patrol truck, I saw more border patrol vehicles arrive to the area and follow behind the first border patrol vehicle.

3. Even though I was driving normally, the border patrol truck ordered me to stop by activating the sirens on the truck and the emergency lights. When I saw the lights and heard the sirens, I pulled over as soon as I could do so safely.

4. I believe there were about 6 to 7 border patrol vehicles that also stopped.

5. Two border patrol agents approached the driver side of the vehicle and two agents approached the passenger side.

6. One of the agents asked me if I had identification or a license and I said no. The agent told me to shut off the vehicle and to get out. The passenger was also ordered out of the vehicle.

7. The agent told me to put my hands behind my back and took me by the arm to a border patrol vehicle. Before ordering me to get inside the border patrol vehicle, the agent searched me. The passenger was also searched and ordered into a different vehicle.

8. I believe it was at that point that I was told I was under arrest, although I am not 100% certain. The agent also told me that they were going to search the vehicle I was driving. The agent closed the door to the vehicle.

9. After leaving me and the passenger in separate border patrol vehicles, the agents searched inside the vehicle I was driving, they brought dogs to sniff the vehicle and got on top of the vehicle and looked inside.

10. After searching the vehicle, an agent took me out of the vehicle and took photographs of me, the passenger, and the people the agents found inside the vehicle I was driving. I believe I was handcuffed.

11. After being photographed, the officers took me to an office inside the building at the checkpoint. I was asked my name, address, if I had family and whether they had legal documents to be in the United States. I believe it was at that point that I was also asked about a piece of paper the agents found in the truck, who had the paper (me or the passenger) and where I went to pick up the people. I was not advised of my "Miranda" rights before being asked questions this first time.

12. After being asked these initial questions, I was placed in a cell for a long time by myself. Later, the agents took me and the passenger (by vehicle) to some other offices. The passenger was taken out of the vehicle first and taken somewhere. I was then taken out and escorted to some offices.

13. Once inside, I was again asked my name, if I'd been arrested by immigration before, how many times, and questioned about my family. I was then taken to another cell.

14. After about 15-20 minutes in the cell, I was taken to a room where I was read some rights and questioned. This last interrogation was recorded. One of the agents involved in the last interrogation was one of the same agents who questioned me initially about the piece of paper and where I had picked the people up.

I declare under penalty of perjury that the above statements are true and correct to the best of my memory.

DATED: 6-6-08

KERMIT PEREDA-REBOLLO