UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Case No. 08cr1456-LAB-01 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| KERMIT PEREDA-REBOLLO, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Declaration in Support of Motions has been electronically served this day upon:

> Randy Jones
> Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: June 6, 2008      /s/ Elizabeth M. Barros
ELIZABETH M. BARROS
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)