```
 1  ELIZABETH M. BARROS
    California Bar No. 227629
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5030
    Telephone:  (619) 234-8467
 4
 5  Attorneys for Pereda-Rebollo
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR1456-LAB |
|---|---|---|
| Plaintiff, | ) | Date: September 8, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| KERMIT PEREDA-REBOLLO, | ) | MOTION FOR ORDER |
| | ) | TO SHORTEN TIME |
| Defendant. | ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file the attached *Defendant's Notice of Motions and Motions In Limine* to August 29, 2008 for the following reasons:

1) It is Defendant Pereda's desire to enter a conditional plea to preserve his pretrial motions. Defense counsel requested a conditional plea offer from AUSA Randy Jones. On August 22, 2008, defense counsel received a message from AUSA Jones indicating that he thought he could give Defendant Pereda a conditional plea offer.  Because counsel believed the case would not be proceeding to trial, counsel did not file motions in limine.  However, approximately two days ago counsel received another call from AUSA Jones indicating that he probably would not be giving Defendant Pereda a conditional plea offer because the co-defendant would not be accepting the government's offer.

A copy has been served upon Assistant United States Attorney Randy Jones.

Respectfully submitted,

/s/ Elizabeth M. Barros
DATED: August 29, 2008        **ELIZABETH M. BARROS**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Pereda

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Kermit Pereda-Rebollo

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,           )   Case No. 08CR1456-LAB-01
                                       )
12            Plaintiff,               )
                                       )
13 v.                                  )   **CERTIFICATE OF SERVICE**
                                       )
14 KERMIT PEREDA-REBOLLO,              )
                                       )
15            Defendant.               )
   _____)
16

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                        Tamara D. DeHaan
                          dehaanesq@cox.net;
19
                          Randy K. Jones
20  Randy.Jones2@usdoj.gov,efile.dkt.gc1@usdoj.gov,Stephanie.Delgadillo@usdoj.gov;

21                     Thomas Paul Matthews
    tmatthews@libertylawyers.com,afamigo@hotmail.com,nspaniol@libertylawyers.com,
22                  enicolalde@libertylawyers.com; and

23                    Erika Maritza Nicolalde
    enicolalde@libertylawyers.com,afamigo@hotmail.com,nspaniol@libertylawyers.com,
24                    tmatthews@libertylawyers.com

25                                           Respectfully submitted,

26

27 DATED:      August 29, 2008              /s/ Elizabeth M. Barros
                                            **ELIZABETH M. BARROS**
28                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Kermit Pereda-Rebollo