UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1456-LAB |
| Plaintiff, | ) | |
| v. | ) | ORDER TO |
| KERMIT PEREDA-REBOLLO, | ) | SHORTEN TIME |
| Defendant. | ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for filing *Defendant's Notice of Motions and Motions In Limine* be shortened to August 29, 2008.

**SO ORDERED.**

DATED: August 29, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge