1  KAREN P. HEWITT
   United States Attorney
2  RANDY K. JONES
   Assistant U.S. Attorney
3  California State Bar No. 141711
   Federal Office Building
4  880 Front Street, Fifth Floor
   San Diego, California  92101-8893
5  Telephone:  (619) 557-5684

6  Attorneys for Plaintiff
   United States of America

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    Case No.: 08CR1456-LAB
                                      )
12              Plaintiff,            )    DATE:   September 9, 2008
                                      )    TIME:    9:00 a.m.
13      v.                            )
                                      )    **GOVERNMENT'S PROPOSED**
14                                    )    **JURY INSTRUCTIONS**
   KERMIT PEREDA-REBOLLA (1),         )
15 DANIEL PRECIADO (2)                )
                                      )
16              Defendant.            )
                                      )
17 _____)

18
        COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its
19
   counsel, KAREN P. HEWITT, United States Attorney, and RANDY K. JONES, Assistant
20
   United States Attorney, and hereby submits its proposed jury instructions.
21
        The Government also requests leave to offer further jury instructions as may become
22
   relevant during the course of trial.
23
        DATED:  September 9, 2008
24
                                   Respectfully submitted,
25
                                   KAREN P. HEWITT
26                                 United States Attorney

27                                 s/ Randy K. Jones

                                   _____
28                                 RANDY K. JONES
                                   Assistant U.S. Attorney

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3
   UNITED STATES OF AMERICA,              )          Case No. 08CR1456-LAB
4                                         )
                      Plaintiff,          )
5                                         )
                 v.                       )
6                                         )          CERTIFICATE OF SERVICE
   KERMIT PEREDA-REBOLLA (1),             )
7  DANIEL PRECIADO (2),                   )
                                          )
8                     Defendant.          )
                                          )
9

10  IT IS HEREBY CERTIFIED THAT:

11       I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age.
    My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
12
         I am not a party to the above-entitled action.  I have caused service of **Government's Proposed
13  Jury Instructions** the following party by electronically filing the foregoing with the Clerk of the
    District Court using its ECF System, which electronically notifies them.
14
         **1.      Elizabeth Barros**
15       **2.      Erika Maritza Nicolade.**

16
         I declare under penalty of perjury that the foregoing is true and correct.
17
         Executed on September 9, 2008
18
                                    s/ Randy K. Jones
19                                  RANDY K. JONES

20

21

22

23

24

25

26

27

28

                                         2                          08CR1456-LAB