UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>*Kermit Pereda-Rebollo, et* )<br>)<br>Defendant(s) *AL* )<br>) | CRIMINAL NO. *08cr1456-LAB*<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, *LARRY A. BURNS*

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

*Rosendo Guillen-Villa*

DATED: *9/9/08*

LARRY A. BURNS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

T. WASHAM