UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08cr1456-LAB |
| | ) | |
| vs. | ) | ORDER |
| Kermit Pereda Rebollo, et al. | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **LARRY A. BURNS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

**Juan Carlos Vera-Najera**

DATED: 9/9/08

LARRY A. BURNS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

T. WASHAM

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GOVERNMENT PRINTING OFFICE 2001: 681-886